UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMES HANDCOCK

        Petitioner,

-v-

WARDEN, Chillicothe
Correctional Institution

        Respondent.

Case No. C-3:12-cv-096

Judge Thomas M. Rose
Chief Magistrate Judge Sharon L. Ovington

---

**ENTRY AND ORDER OVERRULING HANDCOCK'S OBJECTIONS (Doc. #9) TO THE CHIEF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS; ADOPTING THE CHIEF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #8) IN ITS ENTIRETY; DISMISSING HANDCOCK'S PETITION FOR A WRIT OF HABEAS CORPUS WITH PREJUDICE; DENYING LEAVE TO APPEAL *IN FORMA PAUPERIS* AND ANY REQUESTED CERTIFICATE OF APPEALABILITY AND TERMINATING THIS CASE**

---

This matter comes before the Court pursuant to pro se Petitioner James Handcock's ("Handcock's") Objections (doc. #9) to Chief Magistrate Judge Sharon L. Ovington's Report and Recommendations (doc. #8). Chief Magistrate Judge Ovington's Report and Recommendations recommends that the Petition for a Writ of Habeas Corpus filed by Handcock be dismissed with prejudice, that Handcock be denied leave to appeal *in forma pauperis* and that any requested certificate of appealability be denied..

As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that Handcock's Objections to the Chief Magistrate Judge's Report and Recommendations are not well-taken, and they are hereby OVERRULED. The Chief Magistrate Judge's Report and

Recommendations is adopted in its entirety.

Handcock's Petition for a Writ of Habeas Corpus is denied with prejudice. Further, Handcock is denied leave to appeal in forma pauperis and any requested certificate of appealability. Finally, the captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this Twenty-Fourth Day of February, 2014.

                      s/Thomas M. Rose
                  _____
                     THOMAS M. ROSE
                UNITED STATED DISTRICT JUDGE

Copies furnished to:

Counsel of Record
James Handcock at his last address of record